UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRYAN AUMENTADO,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | Case No. 2:25-cv-10334-FLA (DFMx)<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION FROM MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the Administrative Law Judge's denial of benefits and dismissing this action with prejudice.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge