JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRYAN AUMENTADO,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | Case No. 2:25-cv-10334-FLA (DFMx)<br>**JUDGMENT** |

Pursuant to the court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Administrative Law Judge's denial of benefits is AFFIRMED and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge